McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff

    v.

JOEL MORA,

    Defendant

CASE NO. 1:08-CR-170 LJO

ORDER TO UNSEAL INDICTMENT

    This Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

    IT IS HEREBY ORDERED that the case be unsealed as to JOEL MORA, only, and be made public record.

DATED: 6/5/08

_____
GARY AUSTIN
U.S. Magistrate Judge