# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
S. ARELLANO

| | |
|---|---|
| United States of America<br>vs.<br>Joel Mora | Case No. 08-0170 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Joel Mora_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

That the condition of curfew with electronic monitoring be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-18-08          _____  7-18-08
Signature of Defendant    Date            Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     7/18/08
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     7-18-08
Signature of Defense Counsel              Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _____7-18-08_____.
[ ] The above modification of conditions of release is not ordered.

_____                     7-18-08
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services