1  Gary Huss (SBN 057370)
   **LAW OFFICES OF GARY HUSS**
2  3649 W. Beechwood Avenue, Suite 102
   Fresno, California 93711
3  Telephone: (559) 449-7073
   Facsimile: (559) 261-4916
4  E-mail: gary@huss4law.com

5  Attorneys for Defendant
   JOEL MORA

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA-FRESNO**

10

11  UNITED STATES OF AMERICA,           )  Case Number 1:08-CR-0170-LJO-3
                                        )
12              Plaintiff,              )  **STIPULATION AND ORDER TO**
                                        )  **CONTINUE STATUS CONFERENCE**
13  v.                                  )  ────────────────────────────────
                                        )
14  JOEL MORA, et al.                   )
                                        )
15              Defendants.             )
                                        )
16                                      )
                                        )
17  ────────────────────────────────   )

18          IT IS HEREBY STIPULATED by and between the parties herein that the status

    conference presently set for May 29, 2009 at 9:00 a.m. can be continued to June 26, 2009, at 9:00
19
    a.m. for good cause.  Good cause is stipulated to in that the defendant's counsel will be out of
20
    state on a previously scheduled vacation, and the government does not object to said
21
    continuance.  Both parties feel the continuance may allow sufficient time to bring this matter to a
22
    resolution.
23

24
    Dated: May 22, 2009.              /s/ Gary Huss
25                                    ──────────────────────────────
                                      Gary Huss, Attorney for Defendant
26                                    JOEL MORA

27  Dated: May 22, 2009.              /s/ Kimberly A. Sanchez
                                      ──────────────────────────────
28                                    Kimberly A. Sanchez, Assistant U.S. Attorney

    ─────────────────────────────────────────────────────────────
    STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

2                              **ORDER**

3              GOOD CAUSE appearing and upon stipulation of the parties and their counsel,

4    the status conference (now a trial setting conference) of the defendant, JOEL MORA is continued

5    to June 26, 2009, at 9:00 a.m.

6    IT IS SO ORDERED.

7    **Dated:    May    **                            _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28