# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



)
**United States of America** )
vs. )  Case No.  08-CR-0170 LJO
**Joel Mora** )
)

FILED

JAN 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Joel Mora _____ , have discussed with _____ Lydia J. Serrano _____ , Pretrial Services
Officer, modifications of my release conditions as follows:

Add the following conditions:
1) The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial
services officer.  Such program may include group sessions led by a counselor or participation in a program
administered by the pretrial services officer; and,
2) You shall participate in a program of medical or psychiatric including mental health treatment &/or
treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.
All other conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _(signature)_ | 1-7-10 | _(signature)_ | 1-7-10 |
| Signature of Defendant | Date | Pretrial Services Officer | Date |
| Joel Mora | | Lydia J. Serrano | |

I have reviewed the conditions and concur that this modification is appropriate.

_(signature)_                                                                     1-11-10
Signature of Assistant United States Attorney                                  Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_(signature)_                                                                     1/8/10
Signature of Defense Counsel                                                    Date
Gary L. Huss

### ORDER OF THE COURT
☑ The above modification of conditions of release is ordered, to be effective on        1/10/10
☐ The above modification of conditions of release is *not* ordered.

_(signature)_                                                                     1/13/10
Signature of Judicial Officer                                                   Date

cc:      U.S. Attorney's Office, Defense Counsel, Pretrial Services